UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| CODY COMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-CV-00025-JRG-CRW |
| | ) | |
| JEFF CASSIDY, CHIEF CARSWELL, | ) | |
| CAPTAIN DILLARD, and OFFICER | ) | |
| JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum and order filed herewith, this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED without prejudice**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                                              s/J. RONNIE GREER
                                                    UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *LeAnna R. Wilson*
    District Court Clerk